UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TOM SCOTTO,

                  Plaintiff,

         v.

MICHAEL STORMS and JANE DOE
STORMS, husband and wife; CITY OF
SUNNYSIDE, a municipal
corporation,

                  Defendants.

No. CV-05-3056-FVS

ORDER OF DISMISSAL

**BEFORE THE COURT** is the Plaintiff's Motion for Dismissal Without Prejudice and Costs Pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), Ct. Rec. 7.  The agreement of the parties to this dismissal is evidenced by the affirming signature of defense counsel. The Court has reviewed the motion and declaration of counsel and determines that dismissal is appropriate in this action. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal Without Prejudice and Costs, **Ct. Rec. 7**, is **GRANTED.**  This action **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS.**

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

ORDER OF DISMISSAL - 1

//

**DATED** this <u>14th</u> day of October, 2005.

s/Fred Van Sickle
_____
Fred Van Sickle
United States District Judge

ORDER OF DISMISSAL - 2